Brian M. Boynton (SBN 22193)
brian.boynton@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
1875 Pennsylvania Ave. NW
Washington, DC 20006
Tel.: (202) 663-6044
Fax: (202) 663-6363

Matthew Tymann (SBN 326249)
matthew.tymann@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
50 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Tel.: (213) 443-5343
Fax: (213) 443-5400

*Attorneys for Amicus Curiae Association of California Egg Farmers*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| NORTH AMERICAN MEAT INSTITUTE,<br><br>*Plaintiff*,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of California, et al.,<br><br>*Defendants*. | Case No.   2:19-CV-08569-CAS (FFMx)<br><br>**NOTICE OF MOTION AND UNOPPOSED MOTION FOR LEAVE TO FILE AMICUS BRIEF OF ASSOCIATION OF CALIFORNIA EGG FARMERS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>The Honorable Christina A. Snyder<br>Date:   November 25, 2019<br>Time:   10:00 a.m.<br>Location:   Courtroom 8D<br><br>Complaint filed: October 4, 2019 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that as soon as the matter may be heard, before the Honorable Christina A. Snyder, in Courtroom 8D, of the U.S. District Court for the Central District of California, Western Division, proposed amicus curiae Association of California Egg Farmers, by and through undersigned counsel, will and hereby does respectfully move for leave to file the accompanying brief in support of the Defendants' opposition to Plaintiff's motion for a preliminary injunction.

Counsel for Plaintiff and counsel for Defendants have indicated that they do not oppose this motion. The proposed amicus curiae brief and a proposed order are attached to this motion.

Proposed amicus curiae Association of California Egg Farmers (ACEF) is a California nonprofit trade organization whose members are family-owned and operated egg farms. ACEF's members constitute a significant portion of the California egg industry. It is estimated that they are responsible for more than 70% of the commercial egg-laying hens in California. Some of ACEF's members also produce eggs outside of California and import eggs into the State. ACEF's members therefore are subject to the requirements for sales and production of eggs in California that were adopted by the citizens of California in Proposition 12 and codified in California Health and Safety Code §§ 25990-25993.1. ACEF's principal purposes are to engage in advocacy regarding policies affecting the egg farming industry and to ensure the continued production of fresh and affordable eggs that meet the food-safety and animal-care standards that consumers expect.

ACEF is not owned by any publicly held company. No counsel for a party authored the attached proposed amicus brief in whole or in part, and no entity or

person, other than *amicus curiae* and its members, made a monetary contribution intended to fund the preparation or submission of this brief.

"The district court has broad discretion to appoint amici curiae." *Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir. 1982), *abrogated on other grounds by Sandin v. Conner*, 515 U.S. 472 (1995). "There are no strict prerequisites that must be established prior to qualifying for amicus status; an individual seeking to appear as amicus must merely make a showing that his participation is useful to or otherwise desirable to the court." *Duronslet v. Cty. of Los Angeles*, No. 2:16-cv-08933-ODW (PLAx), 2017 WL 5643144, at *1 (C.D. Cal. Jan. 23, 2017) (internal quotation marks omitted). At a minimum, "most courts have granted amicus participation . . . when the amicus has an interest in some other case that may be affected by the decision in the present case, or when the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *Id.* (quoting *Cmty. Ass'n for Restoration of Env't (CARE) v. DeRuyter Bros. Dairy*, 54 F. Supp. 2d 974, 975 (E.D. Wash. 1999)).

ACEF easily meets that discretionary standard. ACEF participated as a defendant-intervenor in a prior, similar Commerce Clause challenge to California Health and Safety Code § 25996, which prohibits the sale in California of eggs that the seller knows or should have known are the product of an egg-laying hen that was confined not in compliance with the animal-care standards contained in California Health and Safety Code § 25990. *See Missouri v. Harris*, 58 F. Supp. 3d 1059 (E.D. Cal. 2014), *aff'd*, 847 F.3d 646 (9th Cir. 2017), *cert. denied sub nom. Missouri v. Becerra*, 137 S. Ct. 2188 (2017). ACEF also participated as an amicus curiae in another similar Commerce Clause challenge to California Health and Safety Code § 25996, filed as an original action in the United States Supreme Court. *See Missouri v. California*, 139 S. Ct. 859 (2019). ACEF "has unique information" and

1  is able to contribute a "unique . . . perspective" in this case because of its prior
2  experience in these cases and its knowledge of agricultural markets and regulation.
3      This motion and the attached amicus curiae brief are being filed on the same
4  day as Defendants' opposition brief.  Permitting ACEF's participation thus will not
5  delay these proceedings in any respect.
6      For the foregoing reasons, this motion for leave to file a brief as amicus
7  curiae should be granted.

Dated: October 28, 2019                Respectfully submitted,

                                       WILMER CUTLER PICKERING
                                           HALE AND DORR LLP

                                       /s/ Brian M. Boynton

                                       Brian M. Boynton (SBN 222193)
                                       brian.boynton@wilmerhale.com
                                       WILMER CUTLER PICKERING
                                           HALE AND DORR LLP
                                       1875 Pennsylvania Ave. NW
                                       Washington, DC 20006
                                       Tel.: (202) 663-6044
                                       Fax: (202) 663-6363

                                       Matthew Tymann (SBN 326249)
                                       matthew.tymann@wilmerhale.com
                                       WILMER CUTLER PICKERING
                                           HALE AND DORR LLP
                                       350 South Grand Avenue, Suite 2100
                                       Los Angeles, CA 90071
                                       Tel.: (213) 443-5343
                                       Fax: (213) 443-5400

                                       *Attorneys for Amicus Curiae
                                       Association of California Egg
                                       Farmers*