Brian M. Boynton (SBN 22193)
brian.boynton@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Ave. NW
Washington, DC 20006
Tel.: (202) 663-6044
Fax: (202) 663-6363

Matthew Tymann (SBN 326249)
matthew.tymann@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
50 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Tel.: (213) 443-5343
Fax: (213) 443-5400

*Attorneys for Amicus Curiae Association of California Egg Farmers*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| NORTH AMERICAN MEAT INSTITUTE,<br><br>*Plaintiff*,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of California, et al.,<br><br>*Defendants*. | Case No.   2:19-CV-08569-CAS (FFMx)<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE AMICUS BRIEF OF ASSOCIATION OF CALIFORNIA EGG FARMERS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>The Honorable Christina A. Snyder<br>Date:       November 25, 2019<br>Time:       10:00 a.m.<br>Location:   Courtroom 8D<br><br>Complaint filed: October 4, 2019 |

IT IS HEREBY ORDERED that the Unopposed Motion for Leave to File Amicus Brief of Association of California Egg Farmers In Support of Defendants' Opposition to Plaintiff's Motion for Preliminary Injunction is GRANTED; and that the Clerk is ordered to file the amicus curiae brief that accompanied the motion on the docket.

IT IS SO ORDERED.

Dated: _____, 2019

_____
CHRISTINA A. SNYDER
United States District Judge