BRUCE A. WAGMAN (CSB No. 159987)
BWagman@rshc-law.com
Riley Safer Holmes & Cancila LLP
456 Montgomery Street, 16th Floor
San Francisco, CA 94104
Telephone: (415) 275-8540
Facsimile: (415) 275-8551

PETER A. BRANDT (CSB No. 241287)
pbrandt@humanesociety.org
REBECCA CARY (CSB No. 268519)
rcary@humanesociety.org
The Humane Society of the United States
1255 23rd Street, NW, Suite 450
Washington, D.C. 20037
Telephone: (202) 452-1100
Facsimile: (202) 676-2357

*Attorneys for Proposed Defendant-Intervenors
The Humane Society of the United States,
Animal Legal Defense Fund, Animal Equality,
The Humane League, Farm Sanctuary,
Compassion in World Farming USA,
Compassion Over Killing*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTH AMERICAN MEAT INSTITUTE,<br><br>        Plaintiff,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of California, KAREN ROSS, in her official capacity as Secretary of the California Department of Food and Agriculture, and SONIA ANGELL, in her official capacity as Acting Director of the California Department of Public Health,<br><br>        Defendants. | Case No. 2:19-cv-08569-CAS (FFMx)<br><br>**NOTICE OF MOTION AND MOTION FOR LEAVE TO INTERVENE**<br><br>The Honorable Christina A. Snyder<br>Date: November 18, 2019<br>Time: 10:00 a.m.<br>Location: Courtroom 8D |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD,**

**PLEASE TAKE NOTICE** that on November 18, 2019 at 10:00 a.m., or as soon thereafter as the matter may be heard before the Honorable Christina A. Snyder in Courtroom 8D of the United States District Court for the Central District of California, located at First Street Courthouse, 350 W. First Street, 8th Floor, Los Angeles, CA 90012, Proposed Defendant-Intervenors the Humane Society of the United States, the Animal Legal Defense Fund, Animal Equality, The Humane League, Farm Sanctuary, Compassion in World Farming USA, and Compassion Over Killing (collectively "Proposed Defendant-Intervenors") will and hereby do move this Court to allow their intervention in the above entitled action under Rule 24 of the Federal Rules of Civil Procedure.

Proposed Defendant-Intervenors are nonprofit organizations that crafted and sponsored the law challenged by Plaintiff and are dedicated to preventing farm animal cruelty. Proposed Defendant-Intervenors seek to intervene as defendant-intervenors and to submit the Proposed Answer (Ex. 1) and Opposition to Plaintiff's Preliminary Injunction (Ex. 2).

Proposed Defendant-Intervenors are entitled to intervention as of right pursuant to Rule 24(a) of the Federal Rules of Civil Procedure because (1) their application to intervene is timely, (2) they have interests relating to the subject matter of this action, (3) they are so situated that the disposition of this action may, as a practical matter, impede their ability to protect their interests, and (4) their interests are not adequately represented by the Defendants.

Alternatively, Proposed Defendant-Intervenors are entitled to permissive intervention pursuant to Rule 24(b) of the Federal Rules of Civil Procedure because (1) this Court has an independent ground for jurisdiction over Proposed Defendant-Intervenors' defenses based on the federal questions raised in the Plaintiff's complaint, (2) this application to intervene is timely, (3) the defenses Proposed Defendant-Intervenors seek to assert have questions of law or fact in common with

the present action, and (4) allowing Proposed Defendant-Intervenors to intervene at this early stage of proceedings will not unduly delay or prejudice this Court's adjudication of the original parties' rights.

Counsel for State Defendants have indicated that they consent to Defendant Intervenors' motion to intervene. Counsel for Proposed Defendant-Intervenors notified counsel for Plaintiff of its intent to file this motion on October 25, 2019. Plaintiff's counsel indicated that Plaintiff consents to this motion on the condition that Proposed Defendant-Intervenors' participation does not delay or expand the scope of the proceedings.[1]

This Motion is based on this Notice of Motion and Motion, the supporting Memorandum of Points and Authorities, supporting declarations with attachments, all pleadings, records and papers filed in this action, such matters as the Court may judicially notice, and such further evidence or argument as may be presented at or before the hearing of this motion.

Dated: October 29, 2019                RILEY SAFER LLP

　　　　　　　　　　　　　　　　　　　*/s/ Bruce A. Wagman*
　　　　　　　　　　　　　　　　　　　Bruce A. Wagman (CSB No. 159987)
　　　　　　　　　　　　　　　　　　　BWagman@rshc-law.com
　　　　　　　　　　　　　　　　　　　RILEY SAFER HOLMES &
　　　　　　　　　　　　　　　　　　　CANCILA LLP

　　　　　　　　　　　　　　　　　　　*Counsel for Proposed Defendant-Intervenors*

---

[1] Specifically, counsel for Plaintiff and Proposed Defendant-Intervenors agreed that upon being granted party status Intervenors will abide by the same deadlines applicable to original Defendants, with joint filings by all Intervenors. Counsel further agreed that Intervenors will not seek discovery from Plaintiff or its members and Plaintiff will not seek discovery from Intervenors or their members, though this agreement does not alter any pre-trial disclosure obligations Plaintiff or Intervenors have as parties to the litigation, nor prohibit either Plaintiff or Intervenors from participating in any depositions of witnesses to be presented.