Paul J. Zidlicky (*pro hac vice*)
pzidlicky@sidley.com
Eric D. McArthur (*pro hac vice*)
emcarthur@sidley.com
SIDLEY AUSTIN LLP
1501 K Street NW
Washington, DC 20005
Tel: (202) 736-8000
Fax: (202) 736-8711

Sean A. Commons, SBN 217603
scommons@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
Tel: (213) 896-6000
Fax: (213) 896-6600

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTH AMERICAN MEAT INSTITUTE,<br><br>Plaintiff,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of California, KAREN ROSS, in her official capacity as Secretary of the California Department of Food and Agriculture, and SUSAN FANELLI, in her official capacity as Acting Director of the California Department of Public Health,<br><br>Defendants. | Case No. 2:19-cv-08569-CAS (FFMx)<br><br>**PLAINTIFF'S RESPONSE TO MOTION FOR LEAVE TO INTERVENE**<br><br>The Honorable Christina A. Snyder<br><br>Date:       November 18, 2019<br>Time:      10:00 a.m.<br>Location:  Courtroom 8D<br><br>Complaint filed: October 4, 2019 |

Plaintiff North American Meat Institute ("Meat Institute") respectfully submits this response to the motion for leave to intervene filed by the Humane Society of the United States, the Animal Legal Defense Fund, Animal Equality, The Humane League, Farm Sanctuary, Compassion in World Farming USA, and Compassion Over Killing (collectively, "proposed intervenors").

The Meat Institute informed counsel for the proposed intervenors that it would consent to their motion for leave to intervene subject to the following conditions, to which the proposed intervenors agreed:

- The proposed intervenors will abide by the same deadlines applicable to the original defendants.
- The proposed intervenors will make joint filings (rather than separate, individual filings).
- The proposed intervenors will not seek discovery from the Meat Institute or its members, and the Meat Institute will not seek discovery from the proposed intervenors or their members, except that both the Meat Institute and the proposed intervenors may ask questions at depositions, if any.

*See* Notice of Motion 3 n.1.

The Meat Institute respectfully requests that the foregoing conditions be reflected in any order granting leave to intervene. *See* Fed. R. Civ. P. 24(a), Advisory Committee Note, 1966 Amendment ("An intervention of right under the amended rule may be subject to appropriate conditions or restrictions responsive among other things to the requirements of efficient conduct of the proceedings."); *see Cal. Sea Urchin Comm'n v. Jacobson*, No. CV 13-05517 DMG (CWx), 2013 WL 12114517, at *6 (N.D. Cal. Oct. 2, 2013) (noting that "courts have imposed reasonable limitations on the participation of intervenors to ensure the efficient adjudication of the litigation") (citing *Stringfellow v. Concerned Neighbors in Action*, 480 U.S. 370, 383 (1987)) (Brennan J., concurring) ("[R]estrictions on participation may . . . be placed on an intervenor of right and on an original party.").

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| DATED: November 8, 2019 | | SIDLEY AUSTIN LLP |

*/s/ Sean A. Commons*
Paul J. Zidlicky (*pro hac vice*)
Eric D. McArthur (*pro hac vice*)
SIDLEY AUSTIN LLP
1501 K Street NW
Washington, DC 20005
Tel: (202) 736-8000
Fax: (202) 736-8711

Sean A. Commons, SBN 217603
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
Tel: (213) 896-6000
Fax: (213) 896-6600

*Attorneys for Plaintiff*