XAVIER BECERRA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General
R. MATTHEW WISE
Deputy Attorney General
State Bar No. 238485
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-6046
  Fax: (916) 324-8835
  E-mail: Matthew.Wise@doj.ca.gov
*Attorneys for Defendants Attorney General Xavier Becerra, Secretary Karen Ross, and Director Sonia Angell*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NORTH AMERICAN MEAT INSTITUTE,**<br><br>Plaintiff,<br><br>v.<br><br>**XAVIER BECERRA, in his official capacity as Attorney General of California; KAREN ROSS, in her official capacity as Secretary of the California Department of Food and Agriculture; and SUSAN FANELLI, in her official capacity as Acting Director of the California Department of Public Health,**<br><br>Defendants. | 2:19-cv-08569 CAS (FFMx)<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>[Fed. R. Civ. P. 12(b)(6)]<br><br>Date: February 24, 2020<br>Time: 10:00 a.m.<br>Courtroom: 8D<br>Judge: Hon. Christina A. Snyder<br>Trial Date: None set<br>Action Filed: October 4, 2019 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on February 24, 2019, at 10:00 a.m., or as soon thereafter as the matter may be heard before the Honorable Christina A Snyder in Courtroom 8D of the United States District Court for the Central District of California, located at the First Street Courthouse, 350 W. First Street, Los Angeles, California 90012, Defendants Attorney General Xavier Becerra, Secretary Karen Ross, and Director Sonia Angell will and hereby do move under Rule 12(b)(6) of the Federal Rules of Civil Procedure for an order dismissing Plaintiff's complaint in its entirety.  Defendants move for dismissal on grounds that Plaintiff fails to state a claim upon which relief may be granted.  This motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, all pleadings and papers on file in this action, and such other matters as may properly come before the Court.

Dated:  November 27, 2019

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General

**/s/ *R. Matthew Wise***

R. MATTHEW WISE
Deputy Attorney General
*Attorneys for Defendants Attorney General Xavier Becerra, Secretary Karen Ross, and Director Sonia Angell*

SA2019105411
14247957.docx

# CERTIFICATE OF SERVICE

Case Name: **North American Meat Institute v. Becerra, et al**   No. **2:19-cv-08569 CAS (FFMx)**

I hereby certify that on <u>November 27, 2019</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>November 27, 2019</u>, at Sacramento, California.

| Tracie L. Campbell | */s/ Tracie Campbell* |
|---|---|
| Declarant | Signature |

SA2019105411
14289153.docx