UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 04 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NORTH AMERICAN MEAT INSTITUTE,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of California; et al.,<br><br>        Defendants - Appellees,<br><br>THE HUMANE SOCIETY OF THE UNITED STATES; et al.,<br><br>        Intervenor-Defendants - Appellees. | No. 19-56408<br><br>D.C. No. 2:19-cv-08569-CAS-FFM<br>U.S. District Court for Central California, Los Angeles<br><br>**MANDATE** |

The judgment of this Court, entered October 15, 2020, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rhonda Roberts
Deputy Clerk
Ninth Circuit Rule 27-7